IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨sig⟩ D.C.
05 AUG 22 PM 2: 36
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

KIMBERLY WALTON, )
)
Plaintiff, )
)
vs. )   No. 04-2621MaV
)
QUENTON WHITE, et al., )
)
Defendants. )

ORDER DENYING MOTION TO AMEND SCHEDULING ORDER

Before the court is the motion of the defendants, Quenton White, Reuben Hodge, and Charles Banks filed August 17, 2005, to extend the deadline for taking depositions from August 16, 2005, to September 16, 2004. The motion was referred to the United States Magistrate Judge for determination.

With the motion, the defendants failed to file a certificate of consultation with counsel for the opposing party as required by Local Rule 11(a)(1)(B). A motion must be accompanied by a certification that the movant has in good faith conferred or attempted to confer with the other affected parties in an effort to resolve the dispute without court action. Local Rule 11(a)(1)(B) provides that failure to file the certificate "may be deemed good grounds for denying the motion." In addition, the defendants have failed to filed a proposed order.

Therefore, the defendant's motion to extend the deposition deadline is denied, without prejudice, for failure to file a certificate of consultation as required under Local Rule 11(a)(1)(B), and failure to file a proposed order.

IT IS SO ORDERED this 19th day of August, 2005.

⟨signature⟩
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-23-05

25

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02621 was distributed by fax, mail, or direct printing on August 25, 2005 to the parties listed.

---

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Reuben Hodge
MARK LUTTRELL CORRECTION CENTER
6000 State Rd.
Memphis, TN 38134

Carl Garrett
3102 Knightway St.
Memphis, TN 38118--312

Quenton I. White
Fourth Floor
320 Sixth Avenue North
Nashville, TN 37243--046

G. Stephen Davis
HOWIE & DAVIS
P.O. Box 611
Dyersburg, TN 38025

Honorable Samuel Mays
US DISTRICT COURT