IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KIMBERLY WALTON,                )
                                )
        Plaintiff,              )
                                )
vs.                             )        No. 04-2621MaV
                                )
QUENTON WHITE, et al.,          )
                                )
        Defendants.             )

ORDER DENYING MOTION FOR LEAVE TO TAKE DEPOSITION OF PLAINTIFF

Before the court is the motion of the defendant Carl Garret filed August 22, 2005, for leave to take the deposition of the plaintiff, Kimberly Walton, who is incarcerated. The motion was referred to the United States Magistrate Judge for determination.

With the motion, the defendant failed to indicate in his certificate of consultation with counsel for the opposing party whether the opposing party consented to or objected to the motion. In addition, Garret failed to file a proposed order.

Therefore, Garret's motion for leave to take the deposition of the plaintiff, Kimberly Walton, is denied, without prejudice, for failure to indicate in the certificate of consultation whether the opposing party consented to the motion and for failure to submit a proposed order.

IT IS SO ORDERED this 22nd day of August, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on   8-26-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02621 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

G. Stephen Davis
HOWIE & DAVIS
P.O. Box 611
Dyersburg, TN 38025

Arthur Crownover
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Quenton I. White
Fourth Floor
320 Sixth Avenue North
Nashville, TN 37243--046

Reuben Hodge
MARK LUTTRELL CORRECTION CENTER
6000 State Rd.
Memphis, TN 38134

Carl Garrett
3102 Knightway St.
Memphis, TN 38118--312

Honorable Samuel Mays
US DISTRICT COURT